JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARL GOWDY,<br><br>    Petitioner,<br><br>  v.<br><br>WARDEN,<br><br>    Respondent. | No. CV 14-181 CJC (FFM)<br><br>ORDER RE SUMMARY DISMISSAL OF ACTION WITHOUT PREJUDICE |

On or about January 8, 2014, petitioner filed a document entitled "In the Matter of: Conditional Acceptance for Value for Proof of Claim as to the Nature and Source of the Law, Venue, Jurisdiction, Authority, and Relationship thereto; Nature and Cause of Arrest, Criminal Proceedings Processes, Lawfulness thereof, and Procedural Legality therein; Validity and Enforceability of Judgment(s), Order(s), Warrant(s), Unlawful Imprisonment, and the Lawfulness thereof, Possible Contract Violation, Fraud; Assumption of Debt, and other Related Matters as all such Relate to and Bear upon Criminal Case/Cause # The People vs. Carl Gowdy, (BA380701) Being Void ab Initio."

Given the title of the document and the reference to a criminal case in which petitioner was convicted of murder, the Court construes the filing as a petition for writ of habeas corpus (hereinafter, the "Petition"). The entire filing appears to consist of the first 98 pages of a 100 page document that can be

1  downloaded from www.scribd.com. Other than filling in his case number,
2  petitioner has added nothing to the document that has any connection to his
3  conviction. Moreover, petitioner does not set forth any claims or any facts
4  supporting a claim. Further, petitioner does not identify what claims, if any, he
5  has exhausted. Under these circumstances, the Petition should be dismissed.

6  If petitioner wishes to pursue a petition for writ of habeas corpus, he should
7  utilize the approved Central District habeas form. That form includes spaces for
8  petitioner to specify separately and with particularity each federal constitutional
9  claim which he seeks to raise. The form also includes spaces for petitioner to
10 demonstrate if he has exhausted his claims by listing each state filing and
11 specifying all the grounds raised by him in such filing, along with the filing
12 number, the result, and date of the result.

13 IT IS THEREFORE ORDERED that this action be summarily dismissed
14 without prejudice, pursuant to Rule 4 of the Rules Governing Section 2254 Cases
15 in the United States District Courts.

16 LET JUDGEMENT BE ENTERED ACCORDINGLY.

18 Dated: January 27, 2014    _____
                                CORMAC J. CARNEY
                                United States District Judge

21 Presented by:

23   /S/ FREDERICK F. MUMM
     FREDERICK F. MUMM
24   United States Magistrate Judge